1   Jonathan K. Levine (SBN 220289)
    Elizabeth C. Pritzker (SBN 146267
2   Bethany Caracuzzo (SBN 190687)
    Caroline C. Corbitt (SBN 305492)
3   **PRITZKER LEVINE LLP**
    1900 Powell Street, Suite 450
4   Emeryville, CA 94608
    Telephone: (415) 692-0772
5   Facsimile: (415) 366-6110
    jkl@pritkzkerlevine.com
6   ecp@pritzkerlevine.com
    bc@pritzkerlevine.com
7   ccc@pritzkerlevine.com
8
9   David S. Golub (admitted *pro hac vice*)
    Steven L. Bloch (admitted *pro hac vice*)
10  Ian W. Sloss (admitted *pro hac vice*)
    **SILVER GOLUB & TEITELL LLP**
11  184 Atlantic Street
    Stamford, CT 06901
12  Telephone: (203) 325-4491
    Facsimile: (203) 325-3769
13  dgolub@sgtlaw.com
    sbloch@sgtlaw.com
14  isloss@sgtlaw.com
15
16  *Attorneys for Plaintiff*
17
    [Additional Counsel Appear on Signature Pages]
18

19  **UNITED STATES DISTRICT COURT**
    **FOR THE DISTRICT OF NORTHERN CALIFORNIA**
20  **SAN JOSE DIVISION**

21  NICHOLE HUBBARD, as parent and guardian of
    C.H., a minor, individually and on behalf of all
22  others similarly situated,

    Case No. 5:19-cv-07016-BLF

    STIPULATION AND [PROPOSED] ORDER RE
23                                          AMENDED COMPLAINT, MOTIONS TO
                        Plaintiff,          DISMISS (DKT. NOS. 64-66), MOTION TO
24                                          STAY (DKT. NOS. 75-76), AND INITIAL CASE
                                            MANAGEMENT CONFERENCE
25          v.                              **AS MODIFIED BY THE COURT**

26  GOOGLE LLC, et al.,

27                      Defendants.

28

Plaintiff Nichole Hubbard and Defendants Google LLC, YouTube LLC, The Cartoon Network, Inc., Cartoon Network Studios, Inc., DreamWorks Animation LLC, DreamWorks Animation Television, LLC, Hasbro, Inc., Hasbro Studios LLC, Mattel, Inc., PocketWatch, Inc., Remka, Inc., RTR Production LLC and RFR Entertainment, Inc. (collectively, "Defendants"), subject to Court approval, hereby stipulate as follows:

On January 23, 2020, Defendants moved to dismiss Plaintiff's Complaint.  *See* Dkt. Nos. 64-66. Among other things, certain Channel Owner defendants argued that the Complaint should be dismissed as against them because the Complaint did not allege that Plaintiff's minor child watched any channels of those defendants.  *See* Dkt. No. 64.  Pursuant to an agreed upon and so ordered schedule, Plaintiff's oppositions to the motions to dismiss are now due to be filed on March 12, 2020, with Defendants' replies filed on March 31, 2020. The motions to dismiss are scheduled to be heard on April 16, 2020, concurrently with the Initial Case Management Conference.  *See* Dkt. Nos. 74, 85.

On February 7, 2020, Defendants moved to stay discovery pending the hearing on the motions to dismiss.  *See* Dkt. Nos. 75-76.  The stay motion is fully briefed and also scheduled to be heard at the April 16, 2020 hearing. *See* Dkt. No. 78.

On March 9, 2020, Plaintiff's counsel informed Defendants' counsel that they have been retained by additional plaintiffs, whose minor children they believe watched YouTube channels owned by the Channel Owner defendants that had filed the supplemental motion to dismiss.  Plaintiff seeks to file an amended complaint adding these additional plaintiffs, which she believes will address in its entirety the pending supplemental motion to dismiss and may also address other issues raised in Defendants' main motion to dismiss.

The parties have conferred and agree that in the interests of efficiency and reducing the burden on the Court, Plaintiff may file an amended complaint.  The parties have also conferred with respect to the pending motion to stay discovery and reached an agreement whereby Defendants' time to respond to Plaintiff's outstanding discovery requests will be extended to a date after any hearing on motion(s) to dismiss and the parties will not be required to respond to any additional discovery requests until that time, without prejudice to Plaintiff or Defendants' rights with respect to the timing of discovery after such time.

STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT, MOTIONS, AND CMC
CASE NO.: 5:19-CV-07016-BLF

1    In light of the foregoing, the parties, by and through their respective counsel, propose the

2  following schedule for consideration and approval by the Court:

3    1.    The hearing on Defendants' pending motions to dismiss (Dkt. Nos. 64-66) shall be taken

4        off calendar;

5    2.    Plaintiff shall file an amended complaint on or before March 26, 2020;

6    3.    On or before April 16, 2020, Defendants shall either (i) file a new motion(s) to dismiss

7        addressed to the amended complaint, (ii) advise the Court that they intend to proceed with

8        the pending motion(s); or (iii) withdraw the pending motion(s) to dismiss;

9    4.    Plaintiff's opposition to any renewed or new motion(s) to dismiss shall be filed on or

10        before April 30, 2020, with replies filed by Defendants on or before May 14, 2020;

11    5.    The hearing on any renewed or new motion(s) to dismiss shall be set at the Court's

12        convenience;

13    6.    Defendants' motion to stay (Dkt. Nos. 75-76) shall be withdrawn without prejudice,

14        Defendants' time to respond to Plaintiff's outstanding discovery requests shall be

15        extended to a date no earlier than thirty days (30) after the hearing on any motion(s) to

16        dismiss, and the parties shall not be required to respond to any additional discovery

17        requests until such time;

18    7.    The Initial Case Management Conference shall be rescheduled to coincide with any

19        hearing on any motion(s) to dismiss; and

20    8.    Initial disclosures shall be completed 14 days prior to the date on which the Initial Case

21        Management Conference is rescheduled, or 30 days after Plaintiff files an amended

22        complaint, whichever is later.

23

24

25                        Respectfully submitted,

26

27  Dated:  March 12, 2020              **PRITZKER LEVINE LLP**

28                            */s/ Jonathan K. Levine*

---

2

STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT, MOTIONS, AND CMC
CASE NO.: 5:19-CV-07016-BLF

1    Jonathan K. Levine (SBN 220289)
     Elizabeth C. Pritzker (SBN 146267)
2    Bethany Caracuzzo (SBN 190687)
     Caroline C. Corbitt (SBN 305492)
3    1900 Powell Street, Suite 450
     Emeryville, CA 94608
4    Telephone: (415) 692-0772
     Facsimile: (415) 366-6110
5    jkl@pritkzkerlevine.com
     ecp@pritzkerlevine.com
6    bc@pritzkerlevine.com
     ccc@pritzkerlevine.com
7
8
     David S. Golub (admitted *pro hac vice*)
9    Steven L. Bloch (admitted *pro hac vice*)
     Ian W. Sloss (admitted *pro hac vice*)
10   **SILVER GOLUB & TEITELL LLP**
     184 Atlantic Street
11   Stamford, CT 06901
     Telephone: (203) 325-4491
12   Facsimile: (203) 325-3769
     dgolub@sgtlaw.com
13   sbloch@sgtlaw.com
     isloss@sgtlaw.com
14
15
16   Counsel for Plaintiff
17
18   Dated:  March 12, 2020                **HOGAN LOVELLS US LLP**
19
                                           /s/ EDITH RAMIREZ
20                                         EDITH RAMIREZ
                                           edith.ramirez@hoganlovells.com
21                                         MICHELLE A. KISLOFF (*pro hac vice*)
                                           michlle.kisloff@hoganlovells.com
22                                         ADAM A. COOKE (*pro hac vice*)
                                           adam.a.cooke@hoganlovells.com
23                                         **HOGAN LOVELLS US LLP**
                                           555 Thirteenth Street, NW
24                                         Washington, DC  20004
                                           Telephone:    (202) 637-5600
25                                         Facsimile:    (202) 637-5910
26                                         CHRISTOPHER J. COX
                                           chris.cox@hoganlovells.com
27                                         **HOGAN LOVELLS US LLP**
                                           4085 Campbell Avenue, Suite 100
28                                         Menlo Park, California  94025
                                           Telephone:    (650) 463.4000

3

1

Facsimile:      (650) 463.4199

2

HELEN Y. TRAC
helen.trac@hoganlovells.com

3

**HOGAN LOVELLS US LLP**
3 Embarcadero Center, 15th Floor

4

San Francisco, California  94111
Telephone:      (415) 374.2300

5

Facsimile:      (415) 374.2499
Attorneys for Defendants, *Google LLC* and

6

*YouTube LLC*

7

Dated:  March 12, 2020                       **MUNGER, TOLLES & OLSON LLP**

8

/s/ JONATHAN H. BLAVIN

9

JONATHAN H. BLAVIN
jonathan.blavin@mto.com

10

**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor

11

San Francisco, California  94105-2907
Telephone:      (415) 512-4000

12

Facsimile:      (415) 512-4077

13

JORDAN D. SEGALL
jordan.segall@mto.com

14

NEFI D. ACOSTA
nefi.acosta@mto.com

15

**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor

16

Los Angeles, CA  90071-3426
Telephone:      (213) 683-9100

17

Facsimile:      (213) 687-3702

18

Attorneys for Defendant *Mattel, Inc.*

19

Dated:  March 12, 2020                       **ZWILLGEN LAW LLP**

20

/s/ ANNA HSIA

21

ANNA HSIA
anna@zwillgen.com

22

**ZWILLGEN LAW LLP**
369 Pine Street, Suite 506

23

San Francisco, CA  94104
Telephone:      (415) 590-2335

24

Facsimile:      (415) 636-5965

25

JEFFREY LANDIS *(pro hac vice)*
jeff@zwillgen.com

26

ADYA BAKER *(pro hac vice)*
adya@zwillgen.com

27

**ZWILLGEN LAW PLLC**
1900 M Street NW, Suite 250

28

Washington, DC  20036
Telephone:      (202) 296-3585

4

STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT, MOTIONS, AND CMC
CASE NO.: 5:19-CV-07016-BLF

1

Facsimile:     (202) 706-5298

2

Attorneys for Defendants, *DreamWorks Animation LLC* and *DreamWorks Animation Television, LLC*

3

4

Dated:  March 12, 2020

**FRANKFURT KURNIT KLEIN & SELZ, P.C.**

5

/s/ JEREMY S. GOLDMAN
JEREMY S. GOLDMAN
jgoldman@fkks.com

6

AMY LAWRENCE
alawrence@fkks.com

7

**FRANKFURT KURNIT KLEIN & SELZ, P.C.**

8

2029 Century Park East, Suite 1060
Los Angeles, CA  90067

9

Telephone:     (310) 579-9600
Facsimile:     (347) 438-2156

10

11

Attorneys for Defendants, *Hasbro, Inc.* and *Hasbro Studios LLC*

12

Dated:  March 12, 2020

**GIBSON, DUNN & CRUTCHER LLP**

13

/s/ CHRISTOPHER CHORBA
CHRISTOPHER CHORBA

14

cchorba@gibsondunn.com
JEREMY S. SMITH

15

jssmith@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**

16

333 South Grand Avenue
Los Angeles, CA 90071-3197

17

Telephone:     (213) 229.7000
Facsimile:     (213) 229.7520

18

19

JOSHUA H. LERNER
jlerner@gibsondunn.com

20

CASSANDRA L. GAEDT-SCHECKTER
Cgaedt-sheckter@gibsondunn.com

21

**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000

22

Los Angeles, CA 94105-0921
Telephone:     (415) 393.8200

23

Facsimile:     (415) 393.8306

24

Attorneys for Defendants, The *Cartoon Network, Inc.* and *Cartoon Network Studios, Inc.*

25

26

Dated: March 12, 2020

**VENABLE LLP**

27

/s/ DAVID FINK
DAVID FINK

28

defink@venable.com
CHRISTINA M. NORDSTEN
cmnordsten@venable.com

5

STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT, MOTIONS, AND CMC
CASE NO.: 5:19-CV-07016-BLF

**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:     (310) 229-9900
Facsimile:     (310) 229-9901

ANGEL A. GARGANTA
aagarganta@venable.com
**VENABLE LLP**
101 California Street, Suite 3800
San Francisco, CA  94111
Telephone:     (415) 653-3750
Facsimile:     (415) 653-3755

Attorneys for Defendant *PocketWatch, Inc.*

Dated: March 12, 2020          **JACOBSON, RUSSELL, SALTZ, NASSIM &
DE LA TORRE LLP**

/s/ MICHAEL SALTZ
MICHAEL SALTZ
msaltz@jrsnd.com
**JACOBSON, RUSSELL, SALTZ, NASSIM
& DE LA TORRE LLP**
1880 Century Park East, Suite 900
Los Angeles, CA  90067
Telephone:     (310) 446-9900
Facsimile:     (310) 446-9909

Attorneys for Defendants, *Remka, Inc.; RTR
Production, LLC;* and *RFR Entertainment, Inc.*


**[PROPOSED] ORDER**

The Court hereby accepts the modified schedule set forth in the Stipulation above and orders as follows:

1.     The hearing on Defendants' pending motions to dismiss (Dkt. Nos. 64-66) is taken off calendar;

2.     Plaintiff shall file an amended complaint on or before March 26, 2020;

3.     On or before April 16, 2020, Defendants shall either (i) file a new motion(s) to dismiss addressed to the amended complaint, (ii) advise the Court that they intend to proceed with the pending motion(s); or (iii) withdraw the pending motion(s) to dismiss;

6

4.   Plaintiff's opposition to any renewed or new motion(s) to dismiss shall be filed on or before April 30, 2020, with replies filed by Defendants on or before May 14, 2020;

5.   The hearing on any renewed or new motion(s) to dismiss may be reserved within 14 days of filing the motion to dismiss, in accordance with the Court's Standing Orders;

6.   Defendants' motion to stay (Dkt. Nos. 75-76) is withdrawn without prejudice, Defendants' time to respond to Plaintiff's outstanding discovery requests is extended to a date no earlier than thirty days (30) after the hearing on any motion(s) to dismiss, and the parties shall not be required to respond to any additional discovery requests until such time; and

7.   The Initial Case Management Conference shall be rescheduled to **August 13, 2020 at 11:00 a.m.**  Counsel may request an alternate date to coincide with the hearing date for the motion to dismiss upon obtaining that date.

8.   Initial disclosures shall be completed 14 days prior to the date on which the Initial Case Management Conference is rescheduled, or 30 days after Plaintiff files an amended complaint, whichever is later.

9.   Briefing on any subsequent motion to dismiss shall not exceed the standard 25-25-15 page limit set forth in Local Rule 7-4.  If separate briefing is filed on behalf of some Defendants, all Defendants must share the 25-page limit.

**IT IS SO ORDERED**

Dated: March 13, 2020

Judge Beth Labson Freeman
United States District Court

7

STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT, MOTIONS, AND CMC
CASE NO.: 5:19-CV-07016-BLF

1

**ATTESTATION**

2

I, Jonathan K. Levine, am the ECF user whose ID and password are being used to file this

3

document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have

4

concurred in this filing.

5

6                                        */s/ Jonathan K. Levine*
                                          Jonathan K. Levine
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT, MOTIONS, AND CMC
CASE NO.: 5:19-CV-07016-BLF