UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLE HUBBARD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07016-BLF<br><br>**ORDER TERMINATING MOTIONS TO DISMISS WITHOUT PREJUDICE**<br><br>[ECF 64, 65] |

This Order concerns the two motions to dismiss the original Complaint (ECF 1) filed by the various Defendants in this case on January 23, 2020. ECF 64, 65. These motions to dismiss were originally set for hearing on April 16, 2020. On March 13, 2020, however, the parties filed a stipulation regarding these motions, ECF 86, which this Court accepted, ECF 87. That stipulation permitted Plaintiffs to file an amended complaint on or before March 26, 2020; in the meantime, the April 16, 2020 hearing on Defendants' motions to dismiss the Complaint was vacated. ECF 87 at 6. The stipulation further provided that "[o]n or before April 16, 2020, Defendants shall either (i) file a new motion(s) to dismiss addressed to the amended complaint, (ii) advise the Court that they intend to proceed with the pending motion(s); or (iii) withdraw the pending motion(s) to dismiss." *Id.*

Plaintiffs have now filed the Amended Complaint (ECF 88). Although the original stipulation permitted Defendants to elect to proceed with their already filed motions to dismiss, those motions have been mooted by the filing of the Amended Complaint. Hence, in the interest of clarity, the Court will TERMINATE as moot the motions to dismiss at ECF 64 and 65; the termination is WITHOUT PREJUDICE to the Defendants refiling the same or substantially similar motions to dismiss directed to the Amended Complaint. The deadline for filing any renewed motion

to dismiss remains April 16, 2020.  The Court also notes that, pursuant to the Court's Standing Order re Civil Cases, arguments or exhibits in the original motions to dismiss may not be incorporated by reference.

**IT IS SO ORDERED.**

Dated: March 27, 2020

_____
BETH LABSON FREEMAN
United States District Judge