UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICHOLE HUBBARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, et al., <br><br> Defendants. | Case No. 19-cv-07016-BLF <br><br> **ORDER GRANTING IN PART AND DENYING IN PART STIPULATION RE BRIEFING SCHEDULE** |

The Court has received the parties' stipulated briefing schedule regarding the motion to dismiss Plaintiffs' third amended complaint. ECF 122. At the August 20, 2020 case management conference, the Court told Defendants that they would be limited to one combined brief of no more than 25 pages for any further motion to dismiss. Hr'g Tr. 82:4-10, ECF 115. Accordingly, Defendants one consolidated motion to dismiss of no more than 25 pages is due on or before February 24, 2021. Plaintiffs' combined opposition brief of no more than 25 pages is due by March 24, 2021. A consolidated, 15-page reply brief is due by April 7, 2021. The parties shall inform the Court if they require additional time to conform with the 25-page limits.

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge