Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
Caroline C. Corbitt (SBN 305492)
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritzkerlevine.com
ecp@pritzkerlevine.com
ccc@pritzkerlevine.com

David S. Golub (admitted *pro hac vice*)
Steven L. Bloch (admitted *pro hac vice*)
Ian W. Sloss (admitted *pro hac vice*)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
dgolub@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs and
the Proposed Classes and Subclasses*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD; E.J., N.J., A.J., and L.J., minors, by and through their guardian ad litem CARA JONES; J.A.E. and J.R.E., minors, by and through their guardian ad litem JUSTIN EFROS; M.W., a minor, by and through their guardian ad litem RENEE GILMORE; A.G., a minor, by and through their guardian ad litem JAY GOODWIN; C.D, a minor, by and through their guardian ad litem BOBBI DISHMAN; individually and on behalf of all others similarly situated<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>GOOGLE LLC; YOUTUBE LLC; CARTOON NETWORK, INC.; CARTOON NETWORK STUDIOS, INC.; CHUCHU TV STUDIOS; DREAMWORKS ANIMATION LLC; DREAMWORKS ANIMATION TELEVISION, LLC; HASBRO, INC.; HASBRO STUDIOS LLC; MATTEL, INC.; POCKETWATCH, INC.; REMKA, INC.; RTR PRODUCTION LLC; AND RFR ENTERTAINMENT, INC.<br><br>　　　　　　Defendants. | Case No. 5:19-cv-07016-BLF<br><br>CLASS ACTION<br><br>**[PROPOSED]** ORDER APPOINTING GUARDIAN AD LITEMS<br><br>Hon. Beth Labson Freeman |

The Court has considered Plaintiffs' Omnibus Application to Appoint Guardian Ad Litems and all supporting declarations. Rule 17 of the Federal Rules of Civil Procedure requires a court to take proper measures to protect a minor during litigation, including appointing a guardian ad litem for a minor without a duly appointed representative. Fed. R. Civ. P. 17(c). "The decision to appoint a guardian ad litem under Rule 17(c) is normally left to the sound discretion of the trial court[.]" *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). "'When there is no conflict of interest, the guardian ad litem appointment is usually made on ex parte application [.]'" *Student A v. Berkeley Unified School District*, Case No. 17-cv-02510-MEJ, 2017 WL 2171254, at *1 (N.D. Cal. May 17, 2017) (citations omitted). There are no special requirements for the person acting as guardian ad litem, and the main focus is furthering the best interests of the minor. *Kulya v. City and County of San Francisco*, No. C 06-06539 JSW, 2007 WL 760776, at *1 (N.D. Cal. Mar. 9, 2007).

The Court finds that appointing guardian ad litems as requested by Plaintiffs is appropriate: the applicants have a strong interest in their children's welfare, are willing and able to pursue this action on behalf of their children, have no conflicts of interest, and are acting in good faith. The Court makes the following appointments:

- NICHOLE HUBBARD on behalf of C.H.;
- CARA JONES on behalf of E.J., N.J., A.J., and L.J.;
- JUSTIN EFROS on behalf of J.A.E. and J.R.E.;
- RENEE GILMORE on behalf of M.W.;
- JAY GOODWIN on behalf A.G.; and
- BOBBI DISHMAN on behalf of C.D.

**IT IS SO ORDERED.**

Dated: February 9, 2021

By: /s/ Beth Labson Freeman

HON. BETH LABSON FREEMAN
United States District Judge