United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLE HUBBARD, et al., <br> Plaintiffs, <br> v. <br> GOOGLE LLC, et al., <br> Defendants. | Case No. 19-cv-07016-BLF <br><br> **ORDER RELATING AND CONSOLIDATING CASES** |
| PAULA RIDENTI, <br> Plaintiff, <br> v. <br> GOOGLE LLC, et al., <br> Defendants. | Case No. 4:21-cv-02313-HSG |

Before the Court is an unopposed motion to relate the action *Ridenti v. Google LLC et al.*, No. 4:21-cv-02313-HSG, newly transferred from the District of Massachusetts, to the action *Hubbard et al. v. Google et al.*, 19-cv-07016-BLF. The Court GRANTS the motion.

The Court further CONSOLIDATES the actions. If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). The "district court has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir. 1989). "In determining whether or not to consolidate cases, the Court should weigh the interest of judicial convenience against the potential for delay, confusion and prejudice." *Bodri v. Gopro, Inc.*, 2016 WL 1718217, at *1 (N.D. Cal. Apr. 28, 2016) (quoting *Zhu v. UCBH Holdings, Inc.*, 682 F. Supp. 2d 1049, 1052 (N.D. Cal. 2010). In light of the common questions of

law and fact in the relevant cases, the Ridenti and Hubbard actions are hereby CONSOLIDATED for all purposes, including trial and dispositive motions. IT IS FURTHER ORDERED that:

(1) The Clerk of Court shall relate and administratively consolidate Case Nos. 19-cv-07016-BLF, and 4:21-cv-02313-HSG;

(2) The master docket and master file for the consolidated actions shall be Case 19-cv-07016-BLF, and the consolidated action shall bear the caption Hubbard et al. v. Google et al.

(3) All orders, pleadings, motions, and other documents shall, when filed and docketed in the master file, be deemed filed and docketed in each individual case to the extent applicable; and

(4) The parties shall advise the Court if it should terminate the pending motion to dismiss in anticipation of the parties filing an amended consolidated complaint. Any consolidated complaint must be filed **by May 14, 2021**.

**IT IS SO ORDERED.**

Dated: April 20, 2021

_____
BETH LABSON FREEMAN
United States District Judge