# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLE HUBBARD, et al., <br>     Plaintiffs, <br> v. <br> GOOGLE LLC, et al., <br>     Defendants. | Case No. 19-cv-07016-BLF <br><br> **JUDGMENT** |

On July 1, 2021, the Court granted Defendants' motion to dismiss the Third Amended Complaint with leave to amend. *See* Order, ECF 146. On July 30, 2021, Plaintiffs informed the Court that they do not intend to file a Fourth Amended Complaint. See Notice, ECF 147. Accordingly, it is hereby ORDERED AND ADJUDGED that all claims are DISMISSED and that Plaintiffs C.H., by and through their guardian ad litem Nichole Hubbard; E.J., N.J., A.J., and L.J., by and through their guardian ad litem Cara Jones; J.A.E. and J.R.E., by and through their guardian ad litem Justin Efros; M.W., by and through their guardian ad litem Renee Gilmore; A.G., by and through their guardian ad litem Jay Goodwin; and C.D., by and through their guardian ad litem Bobbi Dishman shall take nothing by this action.

//
//
//
//
//
//
//

Judgment is entered for Defendants Google LLC, YouTube LLC , Cartoon Network, Inc., Cartoon Network Studios, Inc., ChuChu TV Studios, DreamWorks Animation LLC, DreamWorks Animation Television, LLC, Hasbro, Inc., Hasbro Studios LLC, Mattel, Inc., Remka, Inc., RTR Production, LLC, RFR Entertainment, Inc., and Pocketwatch, Inc. against Plaintiffs.

**IT IS SO ORDERED.**

Dated: August 2, 2021

_____
BETH LABSON FREEMAN
United States District Judge