1

2

3      **UNITED STATES DISTRICT COURT**

4      **NORTHERN DISTRICT OF CALIFORNIA**

5      **SAN JOSE DIVISION**

6

7      NICHOLE HUBBARD, et al.,                          Case No.  19-cv-07016-BLF

8              Plaintiffs,

9          v.                                             **ORDER STRIKING DEFENDANTS MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH STANDING ORDERS**

10     GOOGLE LLC, et al.,

11             Defendants.                                [Re:  ECF Nos. 161, 162]

12

13         Defendants have submitted Motions to Dismiss that fail to comply with this Court's order

14     setting the briefing schedule, ECF 123, in which the Court reminded Defendants that they would

15     be limited to one combined brief of no more than 25 pages for any further motion to dismiss.  The

16     Motions to Dismiss are hereby STRICKEN.  Defendants SHALL refile a compliant document no

17     later than August 23, 2023.

18         **IT IS SO ORDERED.**

19

20     Dated:  August 16, 2023

21                                                        _____

22                                                        BETH LABSON FREEMAN
                                                          United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California