# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLE HUBBARD, et al., <br>    Plaintiffs, <br>  v. <br> GOOGLE LLC, et al., <br>    Defendants. | Case No. 19-cv-07016-BLF <br><br> **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

On August 22, 2023, the Court set the Case Management Conference for September 7, 2023, at 11:00 a.m. ECF No. 165. The Court hereby ORDERS that the Case Management Conference on September 7, 2023, shall be moved from 11:00 a.m. to 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 25, 2023

_____
BETH LABSON FREEMAN
United States District Judge