Edith Ramirez, SBN 165872
Adam A. Cooke (*pro hac vice*)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
edith.ramirez@hoganlovells.com
adam.a.cooke@hoganlovells.com

Christopher J. Cox, SBN 151650
855 Main St., Suite 200,
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
chris.cox@hoganlovells.com

Helen Y. Trac, SBN 285824
4 Embarcadero Center, 35th Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
helen.trac@hoganlovells.com

Attorneys for Defendants
*Google LLC* and *YouTube LLC*

The Channel Owner Defendants and their counsel are listed on the Notice and Signature Pages

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-07016-BLF<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>The Honorable Beth Labson Freeman<br>Date: July 18, 2024<br>Time: 9:00 AM<br>Courtroom: Courtroom 3 – 5th Floor |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 18, 2024, at 9:00 AM, or as soon thereafter as this matter may be heard, before the Honorable Beth Labson Freeman in Courtroom 3 of this Court, located on the 5th Floor of the Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, Room 2112, San Jose, CA 95113, Defendants Google LLC and YouTube LLC, Cartoon Network, Inc., Cartoon Network Studios, Inc., DreamWorks Animation LLC, DreamWorks Animation Television, LLC, Mattel, Inc., Hasbro, Inc., Hasbro Studios LLC, Remka, Inc., RTR Production, LLC, RFR Entertainment, Inc., and PocketWatch, Inc. (collectively, "Defendants") will, and hereby do, move the Court, pursuant to Civil Local Rule 7-3, for an order granting them leave to file a Statement of Recent Decision Related to Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint. This Motion is based upon this Notice and the attached Statement of Recent Decision Related to Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint. Counsel for Plaintiffs stated that they object to this Motion for Leave.

Dated: March 15, 2024                    HOGAN LOVELLS US LLP

By:  /s/ *Edith Ramirez*

EDITH RAMIREZ
edith.ramirez@hoganlovells.com
ADAM A. COOKE (*pro hac vice*)
adam.a.cooke@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

CHRISTOPHER J. COX
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main St., Suite 200,
Redwood City, CA  94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

HELEN Y. TRAC
helen.trac@hoganlovells.com
HOGAN LOVELLS US LLP

|   |   |
|---|---|
|   | 4 Embarcadero Center, 35th Floor<br>San Francisco, California  94111<br>Telephone: (415) 374-2300<br>Facsimile: (415) 374-2499<br><br>Attorneys for Defendants *Google LLC* and *YouTube LLC* |
| Dated: March 15, 2024 | GIBSON, DUNN & CRUTCHER LLP<br>CHRISTOPHER CHORBA<br>JEREMY S. SMITH<br>MADELEINE F. MCKENNA<br><br>By: */s/ Christopher Chorba*<br>       Christopher Chorba<br><br>Attorneys for Defendants *Cartoon Network, Inc.* and *Cartoon Network Studios, Inc.* |
| Dated: March 15, 2024 | MUNGER, TOLLES & OLSON LLP<br>JONATHAN H. BLAVIN<br>JORDAN D. SEGALL<br><br>By: */s/ Jonathan H. Blavin*<br>       Jonathan H. Blavin<br><br>Attorneys for Defendant *Mattel, Inc.* |
| Dated: March 15, 2024 | ZWILLGEN LAW LLP<br>ANNA HSIA<br>JEFFREY LANDIS<br>ADYA BAKER<br><br>By: */s/ Anna Hsia*<br>       Anna Hsia<br><br>Attorneys for Defendants *DreamWorks Animation L.L.C.* and *DreamWorks Animation Television, LLC* |

| | | |
|---|---|---|
| 1 | Dated: March 15, 2024 | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| 2 | | JEREMY S. GOLDMAN |

By: */s/ Jeremy S. Goldman*
     Jeremy S. Goldman

Attorneys for Defendants *Hasbro, Inc.* and *Hasbro Studios LLC*

Dated: March 15, 2024      Respectfully submitted,

VENABLE LLP
DAVID E. FINK
SARAH E. DIAMOND

By: */s/ David E. Fink*
     David E. Fink

Attorneys *for* Defendant *PocketWatch, Inc.*

Dated: March 15, 2024      Respectfully submitted,

JACOBSON, RUSSELL, SALTZ, NASSIIM
& DE LA TORRE LLP
MICHAEL J. SALTZ
ELANA R. LEVINE

By: */s/ Michael J. Saltz*
     Michael J. Saltz

Attorneys for Defendants *Remka, Inc.; RTR Production, LLC;* and *RFR Entertainment, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Northern District of California Local Rule 5-1(h)(3), I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

          By:     /s/ *Edith Ramirez*

Edith Ramirez, SBN 165872
Adam A. Cooke (*pro hac vice*)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
edith.ramirez@hoganlovells.com
adam.a.cooke@hoganlovells.com

Christopher J. Cox, SBN 151650
855 Main St., Suite 200,
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
chris.cox@hoganlovells.com

Helen Y. Trac, SBN 285824
4 Embarcadero Center, 35th Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
helen.trac@hoganlovells.com

Attorneys for Defendants
*Google LLC* and *YouTube LLC*

The Channel Owner Defendants and their counsel are listed on the Notice and Signature Pages

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-07016-BLF<br><br>**STATEMENT OF RECENT DECISION RELATED TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT** |

1          Pursuant to Civil Local Rule 7-3(d)(2), Defendants Google LLC and YouTube LLC, Cartoon Network, Inc., Cartoon Network Studios, Inc., DreamWorks Animation LLC, DreamWorks Animation Television, LLC, Mattel, Inc., Hasbro, Inc., Hasbro Studios LLC, Remka, Inc., RTR Production, LLC, RFR Entertainment, Inc., and PocketWatch, Inc. (collectively, "Defendants") respectfully submit this Statement of Recent Decision in connection with their Motion to Dismiss Plaintiffs' Fourth Amended Complaint, Dkt. 203. Attached as Exhibit A is a true and correct copy of *Hammerling v. Google, LLC*, No. 22-17024, 2024 WL 937247 (9th Cir. Mar. 5, 2024), which was issued after Plaintiffs filed their Opposition to Defendants' Motion, Dkt. 213, Defendants filed their Reply, Dkt. 219, and the Court heard argument on the Motion, Dkt. 229.

Dated: March 15, 2024

Respectfully Submitted,

HOGAN LOVELLS US LLP

By: */s/ Edith Ramirez*
    Edith Ramirez

edith.ramirez@hoganlovells.com
Adam A. Cooke (*pro hac vice*)
adam.a.cooke@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Christopher J. Cox, SBN 151650
855 Main St., Suite 200,
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
chris.cox@hoganlovells.com

Helen Y. Trac, SBN 285824
4 Embarcadero Center, 35th Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
helen.trac@hoganlovells.com

Attorneys for Defendants *Google LLC* and *YouTube LLC*

| | | |
|---|---|---|
| Dated: March 15, 2024 | | GIBSON, DUNN & CRUTCHER LLP<br>CHRISTOPHER CHORBA<br>JEREMY S. SMITH<br>MADELEINE F. MCKENNA |

By: */s/ Christopher Chorba*
　　　Christopher Chorba

Attorneys for Defendants *Cartoon Network, Inc.* and *Cartoon Network Studios, Inc.*

Dated: March 15, 2024　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　JONATHAN H. BLAVIN
　　　　　　　　　　　　　　JORDAN D. SEGALL

By: */s/ Jonathan H. Blavin*
　　　Jonathan H. Blavin

Attorneys for Defendant *Mattel, Inc.*

Dated: March 15, 2024　　　　ZWILLGEN LAW LLP
　　　　　　　　　　　　　　ANNA HSIA
　　　　　　　　　　　　　　JEFFREY LANDIS
　　　　　　　　　　　　　　ADYA BAKER

By: */s/ Anna Hsia*
　　　Anna Hsia

Attorneys for Defendants *DreamWorks Animation L.L.C.* and *DreamWorks Animation Television, LLC*

Dated: March 15, 2024　　　　FRANKFURT KURNIT KLEIN & SELZ, P.C.
　　　　　　　　　　　　　　JEREMY S. GOLDMAN

By: */s/ Jeremy S. Goldman*
　　　Jeremy S. Goldman

Attorneys for Defendants *Hasbro, Inc.* and *Hasbro Studios LLC*

Dated: March 15, 2024              VENABLE LLP
                                    DAVID E. FINK
                                    SARAH E. DIAMOND


                                    By: */s/ David E. Fink*
                                        David E. Fink

                                    Attorneys *for* Defendant *PocketWatch, Inc.*


Dated: March 15, 2024              JACOBSON, RUSSELL, SALTZ, NASSIIM
                                    & DE LA TORRE LLP
                                    MICHAEL J. SALTZ
                                    ELANA R. LEVINE


                                    By: */s/ Michael J. Saltz*
                                        Michael J. Saltz

                                    Attorneys for Defendants *Remka, Inc.; RTR Production, LLC;* and *RFR Entertainment, Inc.*


## SIGNATURE ATTESTATION

Pursuant to Northern District of California Local Rule 5-1(h)(3), I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                    By:    /s/ *Edith Ramirez*