| | |
|---|---|
| Jonathan K. Levine (SBN 220289) | David S. Golub (admitted *pro hac vice*) |
| Elizabeth C. Pritzker (SBN 146267) | Steven L. Bloch (admitted *pro hac vice*) |
| Caroline C. Corbitt (SBN 305492) | Ian W. Sloss (admitted *pro hac vice*) |
| PRITZKER LEVINE LLP | SILVER GOLUB & TEITELL LLP |
| 1900 Powell Street, Suite 450 | One Landmark Square, 15th Floor |
| Emeryville, CA 94608 | Stamford, CT 06901 |
| Telephone: (415) 692-0772 | Telephone: (203) 325-4491 |
| Facsimile: (415) 366-6110 | Facsimile: (203) 325-3769 |
| jkl@pritzkerlevine.com | dgolub@sgtlaw.com |
| ecp@pritzkerlevine.com | sbloch@sgtlaw.com |
| ccc@pritzkerlevine.com | isloss@sgtlaw.com |

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, et al. <br><br> Defendants. | Case No. 5:19-cv-07016-SVK <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CHUCHU TV STUDIOS** <br><br> Judge:    Hon. Susan van Keulen |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of
2 the voluntary dismissal of Defendant ChuChu TV Studios. Defendant ChuChu TV Studios has not
3 been served by Plaintiffs or appeared in the case. Accordingly, Plaintiffs notice the voluntary
4 dismissal of this Defendant, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 24, 2024                      Respectfully submitted,

*/s/ Jonathan K. Levine*
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
Caroline C. Corbitt (SBN 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com
ccc@pritzkerlevine.com

David S. Golub (admitted *pro hac vice*)
Steven L. Bloch (admitted *pro hac vice*)
Ian W. Sloss (admitted *pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
1 Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
dgolub@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs and the Proposed Classes*