Edith Ramirez (Bar No. 165872)
Adam A. Cooke (*pro hac vice*)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
edith.ramirez@hoganlovells.com
adam.a.cooke@hoganlovells.com

Christine Wang (Bar No. 343163)
855 Main St., Suite 200,
Redwood City, CA 94063
Telephone: (650) 463-4177
Facsimile: (650) 463-4199
christine.wang@hoganlovells.com

Attorneys for Defendants
*Google LLC* and *YouTube, LLC*

The Channel Owner Defendants and their counsel are listed below

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-07016-SVK<br><br>**STATEMENT OF RECENT DECISION RELATED TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SIXTH AMENDED COMPLAINT**<br><br>The Honorable Susan van Keulen |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Google LLC and YouTube LLC, Cartoon Network, Inc., Cartoon Network Studios, Inc., DreamWorks Animation LLC, DreamWorks Animation Television, LLC, Mattel, Inc., Hasbro, Inc., Hasbro Studios LLC, Remka, Inc., RTR Production, LLC, RFR Entertainment, Inc., and PocketWatch, Inc. (collectively, "Defendants") respectfully submit this Statement of Recent Decision in connection with their Motion to Dismiss Plaintiffs' Sixth Amended Complaint, Dkt. 295. Attached as Exhibit A is a true and correct copy of the recent Order Granting in Part and Denying in Part Motion to Dismiss First Amended Consolidated Complaint in *In re BetterHelp, Inc.*, No. 23-CV-01033-RS, 2024 WL 4504527 (N.D. Cal. Oct. 15, 2024), which was issued after Plaintiffs filed their Opposition to Defendants' Motion, Dkt. 297, and Defendants filed their Reply, Dkt. 300.

Dated: October 28, 2024

Respectfully Submitted,

HOGAN LOVELLS US LLP

By: /s/ *Edith Ramirez*

EDITH RAMIREZ
edith.ramirez@hoganlovells.com
ADAM A. COOKE (*pro hac vice*)
adam.a.cooke@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

CHRISTINE WANG
christine.wang@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main St., Suite 200,
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

Attorneys for Defendants *Google LLC* and *YouTube, LLC*

| | | |
|---|---|---|
| 1 | Dated: October 28, 2024 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | CHRISTOPHER CHORBA |
| | | JEREMY S. SMITH |

By: */s/ Christopher Chorba*
    Christopher Chorba

Attorneys for Defendants *Cartoon Network, Inc.* and *Cartoon Network Studios, Inc.*

Dated: October 28, 2024

MUNGER, TOLLES & OLSON LLP
JONATHAN H. BLAVIN
JORDAN D. SEGALL

By: */s/ Jonathan H. Blavin*
    Jonathan H. Blavin

Attorneys for Defendant *Mattel, Inc.*

Dated: October 28, 2024

ZWILLGEN LAW LLP
ANNA HSIA
JEFFREY LANDIS
ADYA BAKER
MADELINE RANA

By: */s/ Anna Hsia*
    Anna Hsia

Attorneys for Defendants *DreamWorks Animation L.L.C.* and *DreamWorks Animation Television, LLC*

Dated: October 28, 2024

FRANKFURT KURNIT KLEIN & SELZ, P.C.
JEREMY S. GOLDMAN
MOLLY ROTHSCHILD

By: */s/ Jeremy S. Goldman*
    Jeremy S. Goldman

Attorneys for Defendants *Hasbro, Inc.* and *Hasbro Studios LLC*

| | | |
|---|---|---|
| 1 | Dated: October 28, 2024 | VENABLE LLP |
| 2 | | DAVID E. FINK |
| | | SARAH E. DIAMOND |

By: */s/ David E. Fink*
      David E. Fink

Attorneys *for* Defendant *PocketWatch, Inc.*

Dated: October 28, 2024      JACOBSON, RUSSELL, SALTZ, NASSIIM & DE LA TORRE LLP
MICHAEL J. SALTZ
SIMONE POYOUROW

By: */s/ Michael J. Saltz*
      Michael J. Saltz

Attorneys for Defendants *Remka, Inc.; RTR Production, LLC;* and *RFR Entertainment, Inc.*

### SIGNATURE ATTESTATION

Pursuant to Northern District of California Local Rule 5-1(i)(3), I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By:  /s/ *Edith Ramirez*