Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Caroline C. Corbitt (SBN 305492)
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
ccc@pritzkerlevine.com

David S. Golub (admitted pro hac vice)
Steven L. Bloch (admitted pro hac vice)
Ian W. Sloss (admitted pro hac vice)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
dgolub@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs and
the Proposed Classes*

Adam A. Cooke (*pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
adam.a.cooke@hoganlovells.com

Amber M. Trincado (Bar No. 260186)
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone:  (415) 374-2300
Facsimile: (415) 374-2499
amber.trincado@hoganlovells.com

Christine Wang (Bar No. 343163)
Hogan Lovells US LLP
855 Main St. Suite 200,
Redwood City, CA 94063
Telephone: (650) 463-4177
Facsimile: (650) 463-4199
christine.wang@hoganlovells.com

Attorneys for Defendants
*Google LLC* and *YouTube LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 5:19-cv-07016-SVK<br><br>**NOTICE OF PROPOSED SETTLEMENT** |

On May 6, 2025, the parties reached a settlement in principle to resolve the litigation on a classwide basis. The parties are negotiating formal settlement documentation and anticipate filing a motion for approval of the settlement on or before August 11, 2025, with a hearing to be scheduled at a later date to allow time for the parties to comply with the notice requirements under the Class Action Fairness Act.

In light of the foregoing, the parties jointly request that the Court vacate all pending deadlines in this matter.

Dated: May 9, 2025

Respectfully submitted,

By: */s/ David S. Golub*
    David S. Golub (pro hac vice)
    Steven L. Bloch (pro hac vice)
    Ian W. Sloss (pro hac vice)
    Silver Golub & Teitell LLP
    One Landmark Square, 15th Floor
    Stamford, CT 06901
    Telephone: (203) 325-4491
    Facsimile: (203) 325-3769
    dgolub@sgtlaw.com
    sbloch@sgtlaw.com
    isloss@sgtlaw.com

    Elizabeth C. Pritzker (SBN 146267)
    Jonathan K. Levine (SBN 220289)
    Caroline C. Corbitt (SBN 305492)
    Pritzker Levine LLP
    1900 Powell Street, Suite 450
    Emeryville, CA 94608
    Telephone: (415) 692-0772
    Facsimile: (415) 366-6110
    ecp@pritzkerlevine.com
    jkl@pritzkerlevine.com
    ccc@pritzkerlevine.com

*Attorneys for Plaintiffs and the Proposed Classes*

- 3 -

Dated: May 9, 2025

By: */s/ Christine Wang*
Adam A. Cooke (*pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
adam.a.cooke@hoganlovells.com

Amber M. Trincado (Bar No. 260186)
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
amber.trincado@hoganlovells.com

Christine Wang (Bar No. 343163)
Hogan Lovells US LLP
855 Main St. Suite 200,
Redwood City, CA 94063
Telephone: (650) 463-4177
Facsimile: (650) 463-4199
christine.wang@hoganlovells.com

Attorneys for Defendants
*Google LLC* and *YouTube LLC*

## [PROPOSED] ORDER

The Court hereby orders that the case management conference set for July 8, 2025 is vacated, the Parties are directed to file a motion for preliminary settlement approval on or before August 11, 2025, and all deadlines and settings in this case, except for those related to effectuating settlement of the litigation, are stayed.

**SO ORDERED.**

Dated: May ___, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge

- 5 -

**SIGNATURE ATTESTATION**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: _/s/ Christine Wang_
  Christine Wang