Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
Caroline C. Corbitt (SBN 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com
ccc@pritzkerlevine.com

David S. Golub (admitted *pro hac vice*)
Steven L. Bloch (admitted *pro hac vice*)
Ian W. Sloss (admitted *pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
dgolub@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>Defendants. | Case No. 5:19-cv-07016-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR FILING MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

Plaintiffs C.H., a minor, by and through their guardian ad litem Nichole Hubbard; E.J., N.J., A.J., and L.J., minors, by and through their guardian ad litem Cara Jones; J.A.E. and J.R.E., minors, by and through their guardian ad litem Justin Efros; M.W., a minor, by and through their guardian ad litem Renee Gilmore; A.G., a minor, by and through their guardian ad litem Jay Goodwin; T.B. and S.B., minors, by and through their guardian ad litem Derek Buchanan; D.T. and D.T., minors, by and through their guardian ad litem Amanda Seeley; B.H., a minor, by and through their guardian ad litem Jason Hoffman; P.A. and J.A., minors, by and through their guardian ad litem Antonio Alvarez; S.H. and D.M, minors, by and through their guardian ad litem Veronica Hicks; C.L.P., a minor, by and through their guardian ad litem Sarah Dunaway; A.A., a minor, by and through their guardian ad litem Pennie Frazier; J.C. and E.M., minors, by and through their guardian ad litem Lezlie Collins; L.D., D.D., A.D, minors, by and through their guardian ad litem Hollie Dorso; E.B., A.B., C.B., Z.B., and I.B., minors, by and through their guardian ad litem Steven Burda; M.W., B.N., and W.N., minors, by and through their guardian ad litem Michelle Wall; G.W., a minor, by and through their guardian ad litem Doug Wilkerson; and M.W.D., C.J.D., and C.A.D., minors, by and through their guardian ad litem Billy Dardanelli (collectively, "Plaintiffs"), and Defendants Google LLC and YouTube LLC, subject to Court approval, hereby stipulate as follows:

On May 9, 2025, the parties advised the Court that on May 6, 2025, the parties had reached a settlement in principle to resolve the litigation on a class-wide basis, and that the parties were negotiating formal settlement documentation and anticipated filing a motion for approval of the settlement on or before August 11, 2025, with a hearing to be scheduled at a later date to allow time for the parties to comply with the notice requirements under the Class Action Fairness Act. In light of the settlement, the parties requested that the Court vacate all pending deadlines. *See* ECF No. 328.

On May 12, 2025, the Court vacated all pending deadlines and then set a deadline for the motion for preliminary approval of the settlement to be filed on August 11, 2025. *See* ECF No. 329.

The parties have been diligently working towards completing the formal settlement documentation and the motion for preliminary approval of the settlement. However, this process has taken slightly longer than anticipated and an additional week is necessary before plaintiffs will be in a position to present the settlement to the Court for preliminary approval.

In light of the foregoing, the parties jointly request that the Court move the deadline for the filing of the motion for preliminary settlement approval from August 11, 2025 to August 18, 2025.

Dated:  August 1, 2025                                          PRITZKER LEVINE LLP

                                                   By:   /s/ Jonathan K. Levine
                                                         Jonathan K. Levine (SBN 220289)
                                                         jkl@pritkzkerlevine.com
                                                         PRITZKER LEVINE LLP
                                                         1900 Powell Street, Suite 450
                                                         Emeryville, CA 94608
                                                         Telephone: (415) 692-0772
                                                         Facsimile: (415) 366-6110

                                                         Attorneys for Plaintiffs

Dated: August 1, 2025                                           HOGAN LOVELLS US LLP

                                                   By:   /s/ Adam A. Cooke
                                                         ADAM A. COOKE (pro hac vice)
                                                         adam.a.cooke@hoganlovells.com
                                                         HOGAN LOVELLS US LLP
                                                         555 Thirteenth Street, NW
                                                         Washington, DC  20004
                                                         Telephone: (202) 637-5600
                                                         Facsimile: (202) 637-5910

                                                         Attorneys for Defendants *Google LLC* and *YouTube LLC*

[PROPOSED] ORDER

As stipulated and agreed to by the parties as set forth above, and for good cause shown, the Court hereby orders that the deadline for plaintiffs to file their motion for preliminary approval of the settlement is extended from **August 11, 2025 to August 18, 2025**.

**SO ORDERED**

Dated: August _4_, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge

**ATTESTATION**

I, Caroline C. Corbitt, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

                                          */s/ Caroline C. Corbitt*
                                          Caroline C. Corbitt