**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al., | Case No. 5:19-cv-07016-SVK |
| Plaintiffs, | **DECLARATION OF ELAINE PANG ON IMPLEMENTATION OF NOTICE PLAN** |
| v. | |
| GOOGLE LLC, et al., | |
| Defendants. | |

I, Elaine Pang, hereby declare as follows:

1.      I am the Vice President of Media with A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). A.B. Data has been acting as Settlement Administrator in this case. I submit this Declaration at the request of Plaintiffs' counsel in connection with the above-captioned action (the "Action"). This Declaration is based upon my personal knowledge and information provided by Plaintiffs' counsel, my associates, and A.B. Data staff members.

2.      Previously, I submitted the *Declaration of Elaine Pang in Support of Plaintiff's Motion for Preliminary Approval of Settlement*, filed on August 18, 2025 (Dkt. 333-2), outlining my and A.B. Data's credentials and describing the proposed notification plan ("Notice Plan"). The Court approved the Notice Plan on September 23, 2025 (Dkt. 341).

3.      This Declaration describes the implementation of the Notice Plan. The proposed Notice Plan includes paid and earned media notice and was designed to provide the notice to

Settlement Class Members (and their legal guardians) that meets Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") and due process requirements.

## CAFA

4.      On August 22, 2025, A.B. Data, on behalf of Defendants Google LLC and YouTube LLC (together, "Google"), provided the notice required under the Class Action Fairness Act, 28 U.S.C. § 1715(b) ("CAFA"). A.B. Data caused CAFA Notices to be sent to the Attorneys General of all the States and Territories of the United States and the Attorney General of the United States. The CAFA Notices were sent via each office's preferred method of delivery, including priority mail and/or email. A true and accurate copy of the CAFA Notice sent for Google is attached hereto as **Exhibit A**.

## PAID MEDIA

5.      A.B. Data is implementing the paid media plan that includes digital and social media advertising.

6.      As discussed in my previous declaration, A.B. Data selected parents with children ("Parents") as the broadly inclusive target audience for media delivery. MRI-Simmons provides syndicated data on Parents' demographics and media habits. This target audience ensures the paid media will adequately reach both parents or guardians and Settlement Class Members who are now young adults.

7.      Beginning October 23, 2025, digital banner and social media advertising appeared on various websites and social media via Yahoo!, Microsoft Network ("MSN"), Facebook, Instagram, and TikTok, and other programmatic platforms. Targeted digital and social media advertising are also being employed to programmatically reach users. As of November 3, 2025,

the campaign has delivered 62,068,720 of the 183,200,000 planned impressions.[1] Digital and social media advertising will continue to appear until November 22, 2025.

8.       All digital and social media ads include images appropriate for this case and an embedded link to the case-specific website.  Samples of the banner ads as they appeared on several websites are attached as **Exhibit B.**

9.       A case-specific Facebook page[2] was created as a landing page for the links in the Facebook and Instagram newsfeed ads.  As of October 23,2025, 14 news articles related to the lawsuit were shared on the Facebook page.

10.      Where possible, A.B. Data is using ad verification tools to audit digital media advertising to reduce 'bot' (or non-human) fraud, prevent ads being served in environments with inappropriate content, and improve ad viewability.

11.      A.B. Data purchased sponsored search listings to appear from October 23, 2025 through November 22, 2025 on Microsoft Bing, Yahoo!, and/or other search partners. When a person uses a specific target phrase and/or keyword in a search engine to search for information, the link to the case-specific website may appear near the top of the search result pages.

### *Due Process & Delivery*

12.      A.B. Data calculated the estimated reach[3] and frequency[4] of the Notice Plan against the target audience. The Notice Plan (paid media notice) is providing Settlement Class Members with multiple exposure opportunities to media vehicles carrying the notice. It will deliver an estimated 71.1% reach against the target audience (Parents) with an average frequency of 2 times.

---

[1] Gross (targeted) impressions are the duplicated sum of audiences of all media vehicles containing the notice.

[2] https://www.facebook.com/GoogleYouTubePrivacy

[3] Reach is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

[4] Frequency is the estimated average number of opportunities an audience member has to see the notice.

13.     As stated in my previous declaration, this reach is similar to those that courts have approved previously and is within the range recommended and considered reasonable by The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.*[5]

### Earned Media

14.     On October 23, 2025, A.B. Data distributed a news release via PR Newswire's US1 and Multicultural Newslines. A copy of the press release as it appeared is attached as **Exhibit C**.

15.     On October 23, 2025, A.B. Data also shared information about the case with its followers on X.

### TOLL-FREE TELEPHONE NUMBER & WEBSITE

16.     On October 23, 2025, A.B. Data established the case-specific toll-free telephone number, 877-390-3347, with an automated interactive voice response system and live operators to address potential Settlement Class Member (and parent or guardian) inquiries.  As of November 3, 2025, there has been 1 call to the toll-free telephone number.

17.     On October 23, 2025, A.B. Data established the dedicated case-specific Settlement website, www.YouTubePrivacySettlement.com. The website provides, among other things, a downloadable version of the Long-Form Notice, a detailed summary of the Settlement's terms, functionality for Settlement Class Members (or their parents or guardians) to submit their claims online, all relevant documents, important dates, and any pertinent updates concerning the litigation or Settlement process. As of November 3, 2025, there have been 230,989 unique visitors to the website.

---

[5] The *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* states: "The lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70-95%."

18.    On October 23, 2025, A.B. Data established the case-specific email address, info@YouTubePrivacySettlement.com. As of November 3, 2025, A.B. Data has received 33 emails.

## EXCLUSION REQUESTS

19.    The deadline for Settlement Class Members to request exclusion is December 8, 2025. As of November 3, 2025, A.B. Data has received zero (0) exclusion requests. A.B. Data will continue to receive, process, and report on all exclusion requests. The complete list of exclusion requests will be provided to the Court after the exclusion deadline.

## OBJECTIONS

20.    The deadline for Settlement Class Members to object and/or request to speak in person at the Final Approval Hearing is December 8, 2025. Objections must be filed with the Court on or before that date. As of November 3, 2025, A.B. Data has not received or been made aware of any objections and/or requests to speak in person at the Final Approval Hearing.

## CLAIMS ADMINISTRATION

21.    A.B. Data is also providing claims administration services. These services include processing submitted Claim Forms; preparing and sending deficiency/eligibility notifications; determining the amount of each Claim Payment due; and providing a payment, via an electronic payment platform or check, to each authorized claimant. A.B. Data may also provide additional services upon the parties' request.

22.    Settlement Class Members (or their parent or guardian if the Settlement Class Member is a minor) who wish to be potentially eligible to receive a payment from the Settlement Fund will be required to complete and submit a properly executed Claim Form, either by mail or online through the case-specific website.

23.    The deadline for Settlement Class Members to submit a Claim Form is January 21, 2026.

24.    As of November 3, 2025, A.B. Data has received 363,725 Claim Forms, of which 363,700were submitted online and 25 were submitted by mail.

25.    A.B. Data, in partnership with ClaimScore LLC, is reviewing and processing claims as they are received. However, this process will not be complete until the claim filing deadline has passed and all Claim Forms have been submitted. A.B. Data will provide the Court an updated report regarding claims administration after the claim filing deadline.

## ADMINISTRATION COSTS

26.    As of November 3, 2025, A.B. Data has incurred fees and costs in the amount of $123,129.

## CONCLUSION

27.    It is my opinion that the Notice Plan and content of the Notices was adequate and reasonable under the circumstances to effectively reach Settlement Class Members (and their parents or guardians). This comprehensive multi-channel approach, including paid media (digital and social media advertising) and earned media, satisfies the requirements of Rule 23. This plan conforms to the standards employed by A.B. Data in notification plans designed to reach potential class members of settlement groups or classes that are national in scope. In my opinion, the Notice Plan was the best practicable approach to reach Settlement Class Members and fully complies with Rule 23 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November 2025.

_____

Elaine Pang

# EXHIBIT A

A.B. DATA, LTD.
Class Action Administration



August 28, 2025

Via USPS Priority Mail / Email

Re:     *Hubbard v. Google, No. 5:19-cv-07016*, (N.D. Cal)

         **28 U.S.C. § 1715(b) Notification for Settlement of Plaintiff Class Action**

Dear Sir or Madam:

A.B. Data, Ltd., on behalf of Google LLC and YouTube LLC (together "Google"), defendants in the above-referenced action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Google and Plaintiffs in the above-referenced action.  Please take notice of the following items of information which are provided to you pursuant to 28 U.S.C. § 1715(b).

The Plaintiffs filed a motion with the United States District Court for the Northern District of California on August 18, 2025, requesting preliminary approval of the proposed settlement (ECF 333). As of this date, the Court has not granted preliminary approval of the proposed settlement; a hearing on the motion for preliminary approval is currently scheduled for September 23, 2025 at 10:00 am, in Courtroom 6, 4th Floor; and the Court has not scheduled a hearing for final approval of the settlement.

Each of the requirements of notice pursuant to 28 U.S.C. § 1715(b)(1) – (8) is addressed below.  All referenced exhibits are provided electronically at https://bit.ly/Google_CAFA or by scanning this QR code:



To be added to our email list to receive CAFA correspondence digitally, please email help@abdataclassaction.com and we will add you to our email list.

1.  The Plaintiffs filed the operative Sixth Amended Complaint on August 9, 2024 (ECF 292). By Order dated January 13, 2025, the Court granted in part and denied in part defendants' motion to dismiss the Sixth Amended Complaint, and dismissed certain claims against Google with prejudice and dismissed with prejudice all claims against defendants that owned YouTube channels (ECF No. 318). On August 18, 2025, the Plaintiffs moved for leave to amend to file the proposed Seventh Amended Complaint (ECF 333-12); as of this date, the Court has not yet granted Plaintiffs leave to amend. The publicly available versions of both the Sixth Amended Complaint and proposed Seventh Amended Complaint are available at the link above. *See* 28 U.S.C. § 1715(b)(1).

2. The hearing on the motion for preliminary approval is currently scheduled for September 23, 2025, at 10:00 am, in Courtroom 6, 4th Floor. The hearing seeking final approval of the proposed settlement has not yet been set by the Court. *See* 28 U.S.C. § 1715(b)(2).

3. Proposed class notices have been submitted to the Court in connection with Plaintiffs' Notice of Motion and Motion for Leave to Amend, to Certify a Settlement Class, and Grant Preliminary Settlement Approval (ECF 333) and Proposed Order Granting Plaintiffs' Notice of Motion and Motion for Leave to Amend, to Certify a Settlement Class, and Grant Preliminary Settlement Approval (ECF 333-34). The class notices will be subject to judicial review and approval. *See* 28 U.S.C. § 1715(b)(3). The motion, proposed order and proposed class notices are available at the link above.

4. The Settlement Agreement and Release (ECF 333-13), executed on August 15, 2025, is available at the link above. *See* 28 U.S.C. § 1715(b)(4).

5. There are no contemporaneous agreements between counsel for the Class Plaintiffs and counsel for Google in conjunction with the proposed settlement other than the Settlement Agreement and Release available at the link above. *See* 28 U.S.C. § 1715(b)(5).

6. At this time, no final judgment or notice of dismissal with prejudice has been entered in the Action. *See* 28 U.S.C. § 1715(b)(6).

7. Whereas the total number and location of Class Members is unknown, it is not feasible at this time to include a list containing names of Settlement Class Members that reside in each State or provide a reasonable estimate of the number of class members residing in each State or the estimated proportionate share of the claims of such members to the entire settlement. See 28 U.S.C. § 1715(b)(7).

8. There are currently no written judicial opinions relating to the materials described in items (3) through (6) above. Proposed Order Granting Plaintiffs' Notice of Motion and Motion for Leave to Amend, to Certify a Settlement Class, and Grant Preliminary Settlement Approval (ECF 333-34) is available at the link above. *See* 28 U.S.C. § 1715(b)(8).

9. Plaintiffs' Notice of Motion and Motion for Leave to Amend, to Certify a Settlement Class, and Grant Preliminary Settlement Approval (ECF 333) and Proposed Order Granting Plaintiffs' Notice of Motion and Motion for Leave to Amend, to Certify a Settlement Class, and Grant Preliminary Settlement Approval (ECF 333-34), filed on August 18, 2025, are available at the link above.

The foregoing information is provided based upon what is currently available to date and the status of the proceedings at the time of the submission of this notice and is also available via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.mdd.uscourts.gov.


Sincerely,

A.B. Data, Ltd.


On behalf of Defendants Google LLC and YouTube LLC

# EXHIBIT B

# Hubbard v Google #70029 | Display | Desktop | 160X600



# Hubbard v Google #70029 | Display | Tablet | 728X90



# Hubbard v Google #70029 | Display | Mobile | 300X250



# Hubbard v Google #70029 | Display | Mobile | 320X50



# EXHIBIT C

# Individuals and Parents whose Children Were Under the Age of 13 and Watched Content for Children on YouTube Could Get Money from a $30 Million Settlement

NEWS PROVIDED BY
**Silver Golub & Teitell LLP and Pritzker Levine LLP**
Oct 23, 2025, 15:00 ET

STAMFORD, Conn., Oct. 23, 2025 /PRNewswire/ -- The following is being released by the law firms Silver Golub & Teitell LLP and Pritzker Levine LLP about the lawsuit *Hubbard v. Google*, No. 5:19-cv-07016 in the United States District Court for the Northern District of California, San Jose Division.

Google LLC and YouTube LLC ("Google") agreed to settle in a lawsuit that claims Google violated the law when it allegedly tracked and collected personal data about children under the age of 13 without parental consent. Google denies it did anything wrong.

Individuals are included if they (or their child) are people in the United States who, at any time from July 1, 2013 to April 1, 2020, were under 13 years old, and watched content allegedly directed to children on YouTube.

A $30 million Settlement Fund will be used to pay attorneys' fees, costs, and expenses; notice and administration costs; taxes; service awards to the Settlement Class Representative guardians; and money to eligible individuals.

**Important Information and Dates**:

- To get a payment, individuals must submit a claim form online or by mail by **January 21, 2026**. If their claim is valid, they will get a proportional (or *pro rata*) payment from the Settlement Fund. Payment amounts will depend on the number of valid claim submissions.
- Included individuals who want to keep their right to sue Google must exclude themselves from the Settlement by **December 8, 2025.**
- Included individuals may object to the Settlement by **December 8, 2025**.
- The Court will hold a Final Hearing on **January 13, 2026** to consider if it will approve the Settlement and a request for attorneys' fees up to 30% of the Settlement Fund, plus reimbursement of expenses in an amount up to $250,000, and service awards up to $1,500 for each Settlement Class Representative guardian.

**For more information:**

- Visit: www.YouTubePrivacySettlement.com
- Email: info@YouTubePrivacySettlement.com
- Call: 1-877-390-3347
- Write to: YouTube Privacy Settlement, c/o A.B. Data, Ltd., P.O. Box 173131, Milwaukee, WI 53217

SOURCE Silver Golub & Teitell LLP and Pritzker Levine LLP

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

## GET STARTED

| 440k+ | 9k+ | 270k+ |
| Newsrooms & Influencers | Digital Media Outlets | Journalists Opted In |