Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
Caroline C. Corbitt (SBN 305492)
PRITZKER LEVINE LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritzkerlevine.com
ecp@pritzkerlevine.com
ccc@pritzkerlevine.com

David S. Golub (admitted *pro hac vice*)
Steven L. Bloch (admitted *pro hac vice*)
Ian W. Sloss (admitted *pro hac vice*)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
dgolub@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs and
the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| C.H., a minor, by and through their guardian ad litem NICHOLE HUBBARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, et al. <br><br> Defendants. | Case No. 5:19-cv-07016-SVK <br><br> [PROPOSED] **FINAL JUDGMENT** <br><br> Judge: Hon. Susan van Keulen <br> Date: January 13, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 6, 4th Floor <br> (Videoconference) |

On January 13, 2026, the Court signed and entered its Order Granting Final Approval of Class Action Settlement Pursuant to Federal Rule of Civil Procedure 23(e)(2) and its Order Awarding Attorneys' Fees, Expenses and Service Awards (ECF Nos. 346, 347) (the "Final Approval Order" and the "Order on Motion for Attorneys' Fees and Expenses and Service Awards") in the above-captioned matter as to the following class of persons:

> All persons in the United States who, at any time during the Settlement Class Period, were under 13 years old, and watched content allegedly directed to children on YouTube, between July 1, 2013 and April 1, 2020, inclusive.

Excluded from the Settlement Class are (i) Defendants Google LLC and YouTube LLC ("Google"), their subsidiaries and affiliates, officers, and directors; (ii) judge(s) to whom these cases are or have been assigned and any member of the judge's or judges' immediate family; (iii) Persons who submit a valid and timely Request for Exclusion pursuant to Section 7 of the Settlement Agreement; and (iv) Settlement Class Counsel.

JUDGMENT IS HEREBY ENTERED, pursuant to Federal Rule of Civil Procedure 58, as to the specified class of persons; Settlement Class Representatives C.H., a minor, by and through their guardian *ad litem* Nichole Hubbard; E.J., N.J., A.J., and L.J., minors, by and through their guardian *ad litem* Cara Jones; J.A.E. and J.R.E., minors, by and through their guardian *ad litem* Justin Efros; M.W., a minor, by and through their guardian *ad litem* Renee Gilmore; A.G., a minor, by and through their guardian *ad litem* Jay Goodwin; T.B. and S.B., minors, by and through their guardian *ad litem* Derek Buchanan; D.T. and D.T., minors, by and through their guardian *ad litem* Amanda Seeley; B.H., a minor, by and through their guardian *ad litem* Jason Hoffman; P.A. and J.A., minors, by and through their guardian *ad litem* Antonio Alvarez; S.H. and D.M, minors, by and through their guardian *ad litem* Veronica Hicks; C.L.P., a minor, by and through their guardian *ad litem* Sarah Dunaway; A.A., a minor, by and through their guardian *ad litem* Pennie Frazier; J.C. and E.M., minors, by and through

their guardian *ad litem* Lezlie Collins; L.D., D.D., A.D, minors, by and through their guardian *ad litem* Hollie Dorso; E.B., A.B., C.B., Z.B., and I.B., minors, by and through their guardian *ad litem* Steven Burda; M.W., B.N., and W.N., minors, by and through their guardian *ad litem* Michelle Wall; G.W., a minor, by and through their guardian *ad litem* Doug Wilkerson; and M.W.D., C.J.D., and C.A.D., minors, by and through their guardian *ad litem* Billy Dardanelli; and Defendants Google LLC and YouTube LLC ("Google"), on the terms and conditions of the Settlement Agreement approved by the Court's Final Approval Order.

1. For purposes of this Order, the Court adopts the terms and definitions set forth in the Settlement Agreement unless otherwise defined in the Preliminary Approval Order or Final Approval Order.

2. Payments to Settlement Class Members shall be made as outlined in the Plan of Allocation as approved by the Court in the Final Approval Order.

3. Upon the Effective Date: (i) the Settlement Agreement shall be the exclusive remedy for any and all Released Claims of Settlement Class Representatives and Settlement Class Members; and (ii) Settlement Class Representatives and Settlement Class Members stipulate to be and shall be permanently barred from initiating, asserting, or prosecuting against the Released Parties in any federal or state court or tribunal any and all Released Claims.

4. Likewise, upon the Effective Date, the Google Defendants and the Released Parties shall be deemed by operation of law to have released, waived, discharged and dismissed each and every claim relating to the institution or prosecution of the Action by Settlement Class Representatives, Class Counsel and the Settlement Class. Notwithstanding the foregoing, the release shall not include any claims relating to the continued enforcement of the Settlement.

5. This Action is settled and dismissed on the merits with prejudice as to all Defendants.

6. Without affecting the finality of this Judgment, the Court reserves jurisdiction over the

Settlement Class Representatives, the Settlement Class, Class Counsel, and the Google Defendants as to all matters concerning administration, consummation, and enforcement of the Settlement Agreement.

IT IS SO ORDERED.

DATED: January 13, 2026

_____
Hon. Susan van Keulen
United States Magistrate Judge